BOEHM et al v. MENU FOODS, INC. et al    Doc. 2
Northern District of Ohio - Docket Report
Case 1:07-cv-03629-NLH-AMD    Document 2    Filed 08/03/2007    Page 1 of 4

Cat08, Gallas, MDLRMD, Termed

## U.S. District Court
## Northern District of Ohio (Cleveland)
## CIVIL DOCKET FOR CASE #: 1:07-cv-01018-PCE

Boehm v. Menu Foods, Inc. et al
Assigned to: Hon. Peter C. Economus
Cause: 28:1391 Personal Injury

Date Filed: 04/06/2007
Date Terminated: 07/23/2007
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

**Plaintiff**

Gregory Boehm

represented by **Dennis E. Murray, Sr.**
Murray & Murray
111 East Shoreline Drive
P.O. Box 19
Sandusky, OH 44871-0019
419-624-3000
Fax: 419-624-0707
Email: dms@murrayandmurray.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy Gilman**
Benesch, Friedlander, Coplan & Aronoff -
Cleveland
2300 BP Tower
200 Public Square
Cleveland, OH 44114
216-363-4565
Fax: 216-363-4588
Email: jgilman@bfca.com
*TERMINATED: 05/31/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John T. Murray**
Murray & Murray
111 East Shoreline Drive
P.O. Box 19
Sandusky, OH 44871-0019
419-624-3000
Fax: 419-624-0707
Email: jotm@murrayandmurray.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie O. Murray**
Murray & Murray
111 East Shoreline Drive
P.O. Box 19
Sandusky, OH 44871-0019
419-624-3135
Fax: 419-624-0707
Email: lom@murrayandmurray.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Dockets.Justia.com

Nicole Dorsky
Benesch, Friedlander, Coplan & Aronoff - Cleveland
2300 BP Tower
200 Public Square
Cleveland, OH 44114
216-363-4593
Fax: 216-363-4588
Email: ndorsky@bfca.com
*TERMINATED: 05/31/2007*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Menu Foods, Inc.   represented by   **Jennifer L. McKeegan**
Gallagher Sharp
Sixth Floor - Bulkley Building
1501 Euclid Avenue
Cleveland, OH 44115
216-522-1092
Fax: 216-241-1608
Email: jmckeegan@gallaghersharp.com
*ATTORNEY TO BE NOTICED*

**Thomas J. Cabral**
Gallagher, Sharp, Fulton & Norman
7th Floor
Bulkley Building
1501 Euclid Avenue
Cleveland, OH 44115
216-522-1172
Fax: 216-241-1608
Email: tcabral@gsfn.com

**Defendant**

**Menu Foods Genpar Limited**   represented by   **Jennifer L. McKeegan**
*also known as*                                  (See above for address)
Menu Foods Limited                               *ATTORNEY TO BE NOTICED*

**Thomas J. Cabral**
(See above for address)

**Defendant**

**Menu Foods Income Fund**   represented by   **Jennifer L. McKeegan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas J. Cabral**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/06/2007 | 1 | Complaint with jury demand against all defendants ( Filing fee 350 receipt number 2413993.). Filed by Gregory Boehm. (Attachments: # 1 Civil Cover Sheet # 2 Summons Menu Foods, Inc.# 3 Summons Menu Foods Genpar Limited# 4 Summons Menu Foods |

| | | |
|---|---|---|
| | | Income Fund)(Dorsky, Nicole) (Entered: 04/06/2007) |
| 04/06/2007 | | Judge Peter C. Economus assigned to case. (C,BA) (Entered: 04/06/2007) |
| 04/06/2007 | | Random Assignment of Magistrate Judge pursuant to Local Rule 3.1. In the event of a referral, case will be assigned to Magistrate Judge Gallas. (C,BA) (Entered: 04/06/2007) |
| 04/06/2007 | 2 | Summons and Magistrate Consent Form issued to counsel for service upon Menu Foods, Inc., Menu Foods Genpar Limited & Menu Foods Income Fund. (Attachments: # 1 Magistrate Consent Form) (C,BA) (Entered: 04/06/2007) |
| 04/17/2007 | 3 | Return of Service Executed upon Menu Foods, Inc. by Certified Mail on No Date filed by Gregory Boehm (Dorsky, Nicole) (Entered: 04/17/2007) |
| 04/27/2007 | 4 | First Motion for extension of time until May 29, 2007 to answer *Plaintiff's Complaint* filed by all defendants. (Cabral, Thomas) (Entered: 04/27/2007) |
| 04/30/2007 | | Order [non-document] granting Defendants' (Related Document 4) Motion for Extension of Time to file Answer until 5/29/2007. No further extensions will be granted. Judge Peter C. Economus on 4/30/07.(BR,S) (Entered: 04/30/2007) |
| 05/25/2007 | 5 | Corporate Disclosure Statement filed by Menu Foods, Inc.. (McKeegan, Jennifer) (Entered: 05/25/2007) |
| 05/25/2007 | 6 | Corporate Disclosure Statement filed by Menu Foods Genpar Limited. (McKeegan, Jennifer) (Entered: 05/25/2007) |
| 05/25/2007 | 7 | Motion to stay all proceedings filed by all defendants. (Attachments: # 1 Exhibit A - Sexton MDL Motion# 2 Exhibit B- Troiano MDL Motion# 3 Exhibit C - Whaley MDL Motion# 4 Exhibit D - Defendants' MDL Response# 5 Exhibit E - 4/12/07 Notice of Hearing# 6 Exhibit F - Boehm MDL Motion# 7 Exhibit G - Plaintiff's Complaint) (McKeegan, Jennifer) Modified on 5/29/2007 (G, D). (Entered: 05/25/2007) |
| 05/29/2007 | | Order [non-document] granting Defendants' Motion to stay proceedings pending transfer of the case to the Multi-District Litigation Panel (Related Doc # 7). Judge Peter C. Economus on 5/29/07.(BR,S) (Entered: 05/29/2007) |
| 05/30/2007 | 8 | Motion to withdraw as attorney *for Plaintiff* filed by Gregory Boehm. (Attachments: # 1 Proposed Order)(Dorsky, Nicole) (Entered: 05/30/2007) |
| 05/31/2007 | | Order [non-document] granting Plaintiff's Motion to withdraw as attorney; Attorneys Nicole Dorsky and Jeremy Gilman removed from case. (Related Doc # 8). Judge Peter C. Economus on 5/31/07.(BR,S) (Entered: 05/31/2007) |
| 07/23/2007 | 9 | Conditional Transfer Order (CTO-1) ; certified copy from The Judicial Panel on Multidistrict Litigation with case list attached. Clerk, Judicial Panel Multidistrict Litigation transferring case to District of New Jersey as assigned to Judge Noel L. Hillman as case number 1:07cv2867. (S,J) (Entered: 07/23/2007) |
| 07/23/2007 | 10 | Certified copy of docket sheet sent to District of New Jersey on 7/23/07. (S,J) (Entered: 07/23/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/06/2007 09:09:31 | | | |
| PACER Login: | us4214 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:07-cv-01018-PCE |
| Billable Pages: | 2 | Cost: | 0.16 |